UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL STEVEN DALE,

Plaintiff,

- against –

NIAGARA CREDIT SOLUTIONS, INC.,
CHRIS LOWE, Individually, and
ASSET MANAGEMENT PROFESSIONALS, LLC
Defendants.

1:11-cv-00992-WMS

**NOTICE OF SETTLEMENT**
Pursuant to Local Rule 41(a)

---

Sirs:

    **PLEASE TAKE NOTICE** that, pursuant to Local Rule 41(a) a final judgment upon a settlement, a copy of which is attached hereto, as against the Defendant, Asset Management Professionals, LLC, will be presented to the Honorable William M. Skretny, Judge of the United States District Court for the Western District of New York, at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.

Dated: February 28, 2012

Robert S. Beehm, Esq.
Attorney for Plaintiff
84 Court Street, Suite 201
Binghamton, NY 13901

TO:   David Peltan, Esq.
       Attorneys for Defendant Asset Management Professionals, LLC
       Peltan Law, PLLC
       128 Church Street
       East Aurora, NY 14052