UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL STEVEN DALE,

                Plaintiff,

                                COURT FILE NO.: 1:11-cv-00992-WMS

v.

NIAGARA CREDIT SOLUTIONS, INC.,
CHRIS LOWE; and
ASSET MANAGEMENT PROFESSIONALS,
LLC,

                Defendants.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant Asset Management Professionals, LLC, that whereas neither party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice as between these parties. Each shall bear their own attorney's fees and costs. The other defendants are expressly and intentionally excluded from this stipulation and the action against them is to be unaffected by this stipulation.

DATED: April 16, 2012

| | |
|---|---|
| s/Robert S. Beehm | s/David G. Peltan |
| Robert S. Beehm, Esq. | David G. Peltan, Esq. |
| Attorneys for Plaintiff | Peltan Law, PLLC |
| 84 Court Street, Suite 201 | Attorneys for Asset Management |
| Binghamton, NY 13901 | Professionals, LLC |
| Phone: (607) 772-0360 | 128 Church Street |
| | East Aurora, New York 14052 |
| | Phone: (716) 655-3887 |