UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL STEVEN DALE, | Case No.: 11CV992S |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| NIAGARA CREDIT SOLUTIONS, INC., and CHRIS LOWE, | |
| Defendants. | |

---

NOW COMES the Plaintiff, MICHAEL STEVEN DALE, by and through his undersigned counsel and hereby informs the Court that a settlement of the instant matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/   Robert S. Beehm
Robert S. Beehm, Esq.
Attorney for Plaintiff
84 Court Street, Suite 201
Binghamton, New York 13901
Phone: 607-772-0360
Fax: 607-722-2842
E-mail: rsbeehm@rsbeehm.com